IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In the Matter of | ) | |
| | ) | No. 17 mc 27 |
| Jason R. Craddock Sr. | ) | |
| | ) | (Before the Executive Committee) |
| An Attorney | ) | |

O R D E R

1.  Jason R. Craddock Sr. was admitted to practice before the general bar of this Court on April 11, 2005 and the trial bar of this Court on September 14, 2012.

2.  On August 25, 2020, the Executive Committee issued a Rule to Show Cause to Mr. Craddock directing that, pursuant to Local Rule 83.26 of the Local Rules of this Court, Mr. Craddock inform the Executive Committee, within fourteen (14) days of receipt of the Rule to Show Cause, of any claim why the imposition of discipline by this Court would be unwarranted and the reasons therefore, due to Mr. Craddock's failure to promptly advise this Court of the 3-month suspension imposed by the Supreme Court of Illinois, relative to Count I and Count II of the December 1, 2017 ARDC complaint, pursuant to Local Rule 83.26(a): *"Any attorney admitted to practice before this Court shall, upon being subjected to public discipline by another court, promptly inform the Clerk of this Court of such action.*

On September 30, 2020, Mr. Craddock submitted his response to the August 25, 2020 Rule to Show Cause. He contended that his failure to notify the Northern District of Illinois was due to his understanding that the Illinois Supreme Court would notify the District Court pursuant to Illinois Supreme Court Rule 768. Mr. Craddock added that during the 3-month Illinois suspension, he did not practice in the Northern District, and this Court already imposed a one-year suspension for the same conduct arising out of the same acts. He went on to state that further suspension by the Northern District would impose a hardship as he is appearing in a pending case. Mr. Craddock urged the Committee not to impose any further discipline upon him.

At its meeting on October 8, 2020, the Executive Committee reviewed Mr. Craddock's response to the August 25, 2020 Rule to Show Cause, therefore

IT IS HEREBY ORDERED that, pursuant to Local Rule 83.26 of the Local Rules of this Court, Jason R. Craddock, Sr. is publicly censured in Northern District of Illinois due to his failure to promptly advise this Court of the 3-month suspension imposed by the Supreme Court of Illinois, relative to Count I and Count II of the December 1, 2017 ARDC complaint, pursuant to Local Rule 83.26(a).

ENTER:

FOR THE EXECUTIVE COMMITTEE

_____
Hon. Rebecca R. Pallmeyer, Chief Judge

DATED: October 22, 2020